## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL T. BENSON,** | : |
| **Plaintiff,** | : |
| v. | : CIVIL ACTION NO. MJG 02-3626 |
| **TOMMY G. THOMPSON,** | |
| **Secretary of Health and Human Services,** | : |
| **Defendant.** | : |

...oOo...

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant Tommy G. Thompson, Secretary of Health and Human Services, by and through undersigned counsel, hereby requests this Court to enlarge the time in which to file an answer or dispositive motion. In support of this Motion, Defendant respectfully submits:

1.  On November 6, 2002, Plaintiff pro se filed a complaint alleging discrimination in his job as an employee of the Department of Health and Human Services.

2.  The summons and complaint were eventually served on the office of the United States Attorney on February 19, 2003. An answer would be due on April 20, 2003.

3.  The defendant is preparing a dispostive motion in this case. However, several of the higher level supervisors who may have evidence to give in this case have retired from the agency. The agency is in the process of attempting to contact and obtain declarations from them. In order to properly finish the work in this case which may lead to an early disposition the defendant needs an additional sixty (60) days to finish its investigation and prepare an appropriate motion.

5.  A proposed order is attached for the Court's consideration and convenience.

WHEREFORE, based on the foregoing, and for good cause shown, the Defendant respectfully requests that it be permitted until June 19, 2003, to file an answer or dispositive motion.

        Respectfully submitted,

        Thomas M. DiBiagio
        United States Attorney


By:_____
        Larry D. Adams, Bar No. 03118
        Assistant United States Attorney
        6625 United States Courthouse
        101 West Lombard Street
        Baltimore, Maryland 21201-2692
        410-209-4801

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MICHAEL T BENSON,** | : |
| **Plaintiff,** | : |
| v. | : CIVIL ACTION NO. MJG 02-3626 |
| **TOMMY G. THOMPSON,** | |
| **Secretary of Health and Human Services,** | : |
| **Defendant.** | : |

...oOo...

## ORDER

Upon consideration of Defendant's Motion for Enlargement of Time, and for good cause shown, IT IS ORDERED that Defendant's Motion BE, and same hereby IS, granted; IT IS FURTHER ORDERED that Defendant has until June 19, 2003, to file an answer or dispositive motion.

**SO ORDERED,** this _____ day of _____, 2003.

BY THE COURT:

_____
Marvin J. Garbis
United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of February, 2003, a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was sent by first-class mail, postage prepaid, to the following:

>Michael T. Benson
>2703 Waco Court
>Baltimore, Maryland 21209

>_____
>Larry D. Adams
>Assistant United States Attorney