IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL T. BENSON,** | : |
| **Plaintiff,** | : |
| v. | : |
| **TOMMY G. THOMPSON,** | |
| **Secretary of Health and Human Services,** | : |
| **Defendant.** | : |

CIVIL ACTION NO. MJG 02-3626

...oOo...

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2003, a copy of the Defendant's Motion for Enlargement of Time which was electronically filed in this case on April 7, 2003, was mailed via first class mail, postage prepaid, to: Michael T. Benson, 2703 Waco Court, Baltimore, Maryland 21209

Respectfully submitted,
Thomas M. DiBiagio
United States Attorney

_____
Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
(410) 209-4801

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of April, 2003, a copy of the foregoing Defendant's Motion for Enlargement of Time was mailed First Class U.S. Mail, postage prepaid to the following:

Michael T. Benson
2703 Waco Court
Baltimore, MD   21209

_____
Larry D. Adams
Assistant United States Attorney