# EXHIBIT R

**ATTACHMENT 26-1**

# REQUEST AND AGREEMENT TO PARTICIPATE IN FDA'S FLEXIBLE WORK PLACE PROGRAM

TO:    Authorizing Official    *Robert DeLap    HFD - 105*

THROUGH:    (Name, Designated NTEU Official)    *Ladde Clsher - Valate* ~129/95

SUBJECT:    Request and Agreement to Participate in the FDA Flexible Work Place Program

I wish to participate in the flexible work place program pursuant to Article 26, Flexible Work Place Program, of the Collective Bargaining Agreement between the FDA and NTEU. I have read and understand the provisions of Article 26.

Employee's Name: *MICHAEL    BENSON    T.*
                            (First)        (Last)        (Middle Initial)

Position Title: *Regulatory Review Pharmacist*

Grade, Series, and Pay Plan: *GS - 660 - 14*

NATURE OF REQUEST (Include all information necessary to evaluate the request, as applicable.)

1.    If your request is for reasons of disability or illness, please attach medical documentation and/or other relevant information, and indicate the estimated duration of the illness or disability. *Attached medical documentation.    Duration = indefinitely.*

2.    Describe what arrangements you have made for the care of young children and other dependents, if applicable.    *N/A*

*Duration: Indefinitely*  3.    Indicate the expected duration of the flexible work place agreement in weeks or months and state the days and hours per week you wish to work away from your official duty station. *3 days per week - 10 hours per day from Tues, Wed, Thurs or Fri;*

4.    Specify where you would like to work off site: (e.g., home or at a telecommuting center.) *home*

5.    Describe the nature and content of the work you could perform. *Can read, review and prepare documents on computer. Can do telecommuting to meet*

6.    Identify any equipment or services you would need to successfully perform work at the alternative work site. *Believe that I have what's needed.*

*Can send and receive message, document on computer & cellphone. fax*

*ATTACHMENT 26-1 (Continued)*

# FLEXIBLE WORKPLACE AGREEMENT

The following constitutes an agreement between:
(Office/Center/District) _FDA/CDER/ODEV/DODP_ and (Employee) _Michael T. Benson_
of terms and conditions of a Flexible Workplace Arrangement.

1. Employee volunteers to participate in a flexible workplace arrangement and to adhere to the applicable guidelines and policies. (Office/Center/District) concurs with employee participation and agrees to the applicable guidelines and policies.

2. Employee agrees to participate beginning _upon approval_ .

3. Employee's official tour of duty will be from: _8:00 AM_ to: _4:30 PM_ (including a on half-hour non-paid period if appropriate) on _Monday_ through _Friday_ (e.g., 8 a.m. to 4:30 p.m. on Monday through Friday). Flexible Schedule will be from: _8:00 AM_ to _6:30 PM_ (including a one-half hour non paid lunch period if appropriate) on the following days: _Tuesday, Wednesday, and Thursday or Friday_

4. Employee will report to the official duty station on the following days:
_Monday and Friday, or Tuesday or Wednesday or Thursday_ ;    _Rockville, MD 20857_    _See Attached memo_ ✗ _12/27/_

5. Employee's official duty station is: _9201 Corporate Boulevard_ The alternative duty station (the location in which the employee is designated to work while not at the official duty station) is: _2703 Ubico Court, Baltimore, MD 21209_ All pay, leave, and travel entitlement will be based on the employee's official duty station.

   Description if the designated work area within the alternate duty station (including the space to be used such as home, office, den, dining table, etc.; available equipment such as PC, modem, fax.; and security-related equipment such as locked file cabinet and smoke detectors): _room with desk, computer, and lockable file drawer._

6. Employee's timekeeper will have a copy of the employee's flexible workplace schedule. Employee's time and attendance will be recorded as performing official duties at the official duty station. Employee will certify each pay period the hours worked and will provide a leave slip, as appropriate, for any hours not worked under the agreement during a pay period.

7. Employee may continue working any flexitime, maxiflex, or compressed work schedule already in place in accordance with his/her organization-specific Alternative Work Schedule plan. The schedule must be consistent with the nature of the work being performed and the frequency of communication necessary with those at the official worksite or with work contacts in other locations. Employee may earn, with prior supervisory approval, credit time.

✗ _See attached medical documentation in support of seeking more than 2 days a week flexiplace._

*FDA-NTEU Collective Bargaining Agreement*

8. Employees must obtain supervisory approval before taking leave in accordance with procedures established by the supervisor. By signing this agreement, employee agrees to follow established procedures for requesting and obtaining approval of leave.

9. Employee will continue to work in pay status while working at his/her approved worksite. All overtime must be ordered and approved in advance, and will be compensated in accordance with applicable laws and regulations. By signing this agreement, employee agrees that failing to obtain proper approval for overtime work may result in his/her removal from the Flexible Workplace Arrangement Program and other action as appropriate.

10. If employee borrows Government equipment, employee will borrow and protect the Government equipment in accordance with the procedures established in FIRMR Bulletin 30, October 15, 1985. Government-owned equipment will be serviced and maintained by the Government. If employee provides his/her own equipment, he/she is responsible for servicing and maintaining it.

11. Provided the employee is given at least 24 hours advance notice, the employee agrees to permit periodic home inspections by the Government of the employee's home worksite at periodic intervals during the employee's normal working hours to ensure proper maintenance of Government-owned property and worksite conformance with safety standards and other specifications in these guidelines. This inspection may be delayed up to one (1) additional day so the employee can obtain a Union representative to attend, if desired.

12. The Government will not be liable for damages to an employee's personal or real property during the course of performance of official duties or while using Governement equipment in the employee's residence, except to the extent the Government is held liable by Federal Tort Claims Act claims arising under the Military Personnel and Civilian Employees Claim Act.

13. The government will not be responsible for operating costs, home maintenance, or any other incidental cost (e.g., utilities) associated with the use of the employee's residence if residence is approved as the alternate worksite. By participating in this program, the employee does not relinquish any entitlement to reimbursement for authorized expenses incurred while conducting business for the Government, as provided for by statue and implementing regulations.

14. Employee is covered under the Federal Employee's Compensation Act if injured in the course of actually performing official duties at the official duty station or the alternate duty station.

15. Employee will meet with the supervisor to receive assignments and to review completed work as necessary or appropriate.

16. Employee will complete all assigned work according to work procedures discussed between the employee and the supervisor and according to guidelines and standards stated in the employee's performance plan.

17. Employee's job performance will be appraised in accordance with his/her performance plan.

18. Employee's most recent performance rating of record must at least be "Meets Performance Measures" before participation in a flexible work arrangement may be approved.

19. Employee's current performance plan will contain performance standards covering work completed at the office (official duty station) as well as work completed at the employee's residence or telecommuting center (alternate duty station).

20. Employee will apply approved safeguards to protect Government/agency records from unauthorized disclosure or damage and will comply with the Privacy Act requirements set forth in the Privacy Act of 1974, Public Law 93-579, codified at Section 552a, title 5 U.S.C.

21. The Employer may terminate participation in FWAP at any time. Management may remove the employee from the program for such reasons as:

    1. Failure to continue to meet the criteria listed in Section 4 above;

    2. Failure to adhere to the provisions of the agreement;

    3. Failure to accurately and truthfully report time worked;

    4. Organizational exigencies that impact on the mission of the Employer, and require the employee to perform work at the official duty station;

    5. For misconduct in connection with the employee's obligations under the flexible work place program; and

    6. Verifiable information that has been shared with the employee indicating customer dissatisfaction with the employee's performance or conduct.

22. Employee agrees to limit the performance of his/her officially assigned duties to his/her official duty station or to agency-approved alternate duty stations, e.g., either home or telecommuting center. Failure to comply with this provision may result in loss of pay, termination of the flexible workplace arrangement, and/or other appropriate disciplinary action.

23. Employee is responsible for ensuring the safety and adequacy of the home workplace and for ensuring applicable building and safety codes are met. This includes but is not limited to: assuring that the home's electrical system is adequate for the use of Government equipment, safeguarding Government equipment from children and pets, and providing smoke detectors if required by the applicable building code. (Employees are encouraged to provide smoke detectors even if not required by the building code.)

24. If any government-owned computer equipment, software and/or peripherals are to be used at the home site, and/or if any government records are to be electronically accessed from the home site, an approved Off-Site Computing Request will become part of this agreement.

25. All Government-provided equipment will be used in accordance with the FDA Policy on Use of Government Electronic Equipment and Systems.

26. The standards of conduct continue to apply to employees at their alternate duty station.

27. At specified intervals, the supervisor and the employee will conduct an evaluation that summarizes the flexible workplace impact on the office, the employee, the supervisor, and other organizational elements.

_Michael T. Benson_      11/24/99

Employee           Date

Concurrence, if appropriate        Date

*Approved for Flexiplace on Tuesdays and Thursdays under the standard conditions of ODE V Flexiplace Agreements (attached)*

_Glenn Middleton_ for Robert DeLap     12/28/99

Approving Official    Robert DeLap, Director ODE V    Date

_Pat Gathers_            1/5/00

Office/Center Flexible Workplace Arrangements Coordinator     Date

## ODE V Flexiplace Agreements

(NOTE: This document describes conditions that are deemed applicable to all ODE V Flexiplace agreements, and is considered a part of all such agreements).

Flexiplace agreements must be considered in the context of individual work assignments and responsibilities. Certain work may be efficiently performed at alternative work sites, but there are often significant limitations related to other factors. Some of these other factors may include a need for frequent access to equipment, data, and/or information that may not be attainable at the alternative work site; or a need for frequent face to face contact with colleagues, managers, and/or customers. Important considerations are not limited to whether a minimal standard of simply getting the Agency's work done can be achieved, but also include considerations such as the need to maintain high quality and efficiency/productivity in our work; the potential importance of immediate staff availability on-site when unanticipated exigencies arise (which may be a relatively frequent occurrence at times in many areas of the Office); and fairness to other staff who may be burdened with extra work or whose efficiency in completing their own work assignments may be adversely affected by absence from the conventional workplace of staff members on flexiplace agreements.

Flexible workplace agreements are approved in the Office of Drug Evaluation V on a case by case basis, with the following conditions:

1. For bargaining unit staff, all applicable sections of the collective bargaining agreement apply.

2. The Office of Drug Evaluation V Guideline on Alternative Work Schedules (attached) applies for all staff, including staff working on Flexiplace agreements. For example, staff working at an alternative work site on a Flexiplace agreement are expected to be either on duty or on approved leave during core hours.

3. Time reporting for staff on Flexiplace agreements will include identification of the days actually worked at an alternative work site in each reporting period.

4. Any overtime or credit hours worked at an alternative work site must be separately approved in advance by an authorized official (e.g., refer to the collective bargaining agreement, article 26, section 5.G.). The Flexible Workpace Agreement does not include approval for accruing overtime or credit time at the alternative work site. Similarly, the Flexible Workplace Agreement does not include approval for the use of leave at the alternative work place. Established procedures for requesting and obtaining approval of leave (including the use of credit time) must be followed.

5. More frequent days at the conventional work site, either planned or unplanned, may be required due to special circumstances, including, but not limited to, office assignments, meetings, absence of other employees, emergency situations, training classes, or other situations deemed appropriate by the supervisor.

6. All Flexible Workplace Agreements are subject to review, modification, and/or termination at any time for cause, e.g. due to organizational exigencies that impact on the work mission (for staff included in the bargaining unit, refer to Article 26, section 7 of the collective bargaining agreement).

# ODE V Alternate Work Schedule (AWS) Guideline

FDA work schedules include Maxiflex Work Schedules and Compressed Work Schedules. The Maxiflex Work Schedules are the Agency's flexible work schedules, which (among other benefits) allow staff (with supervisory approval) to earn credit hours for time worked in excess of the basic work requirement. Maxiflex flexible work schedules include the Any 8, Any 40, and Any 80 Schedules.

Core hours represent the time when all staff must be present for work or on approved absence. Core hours for the Office of Review Management / Office of Drug Evaluation V are 9:30 AM to 3:30 PM, Monday through Friday.

To enable the orderly and efficient performance of the Office's work, all staff (including staff on flexible work schedules) are asked to provide an anticipated tour of duty, such that management and other staff will be able to anticipate the availability of individual staff members. This anticipated tour of duty must respect the core hours designated above. It is recognized that employees may vary their tour of duty (continuing to respect core hours), but the anticipated tour is requested for planning purposes.

To afford staff the greatest possible flexibility in their individual work schedules, it is the expectation of the Office of Drug Evaluation V that whenever possible, meetings, teleconferences, and other work requiring the attendance of staff will be scheduled within core hours (9:30 AM to 3:30 PM). If workload scheduling problems prevent the scheduling of a required meeting or other work activity within core hours, and delaying the activity would interfere with the ability of the Office to meet its workload or programmatic objectives, the Office may temporarily change staff members' alternative work schedules for a specified period of time. However, in such cases, all activities that require the attendance of staff should still be scheduled within FDA's normal business hours (8:00 AM to 4:30 PM).

Staff must have prior supervisor's approval to earn more than two hours of credit time on a regular workday (Monday through Friday), and credit time accrued on a single day may not exceed 4 hours per day on Monday through Friday (i.e., the maximum for any workday is 8 hours regular tour plus 4 hours credit time accrued). Staff must have prior supervisor's approval to earn credit time for work performed on Saturdays, Sundays, and Holidays, and credit time accrued may not exceed 8 hours per day on Saturdays, Sundays, or Holidays.



# UMD
### N E W   J E R S E Y
## NEW JERSEY MEDICAL SCHOOL

Department of Physical Medicine and Rehabilitation
(201) 982-7195

University Hospital
150 Bergen Street, Rm. B-239
University Heights
Newark, NJ 07103-2406

September 28, 1998

To Whom It May Concern:

Michael Benson is a 57 year old man with a diagnosis of post-poliomyelitis. The most recent reevaluation was on 9/24/98. The respiratory examination was significant for a vital capacity of 1450 ml, maximum insufflation capacity (MIC) (air stacked breaths from a manual resuscitator) of 2030 ml, peak cough flow (PCF) 3.7 L/s from the MIC and 7 L/s from the MIC with the addition of an abdominal thrust. The $SaO_2$ ranged from 91 to 93 percent. Maximum end-tidal $pCO2$ was 45 mm Hg.

Assessment

This patient has chronic alveolar hypoventilation and chronic atelectasis and, because of progressive neuromuscular disease, unless trained and equipped will develop pneumonia and acute respiratory failure during the next severe chest cold. This will require hospitalization, intensive care, intubation for respiratory support, and probably lead to tracheostomy. He will use his LP6 at work for maximal insufflations at 2000 ml frequently during the day and continue to use high span BiPAP overnight.

Intervention

We trained this patient in nasal and mouthpiece intermittent positive pressure ventilation (IPPV), manually assisted coughing, and in mechanical insufflation-exsufflation. Since acute respiratory failure can be prevented with the use of these noninvasive inspiratory and expiratory muscle aids and this patient has been trained in their use, the following equipment is now required for home use:

1. A portable volume ventilator (PLV-100) to use via mouthpiece during daytime hours on assist control mode, rate 10, volume 900 to 1300 ml and a BiPAP machine for nocturnal support.

2. An oximeter for feedback to maintain $SaO_2$ over 94% at all times with the use of noninvasive IPPV and assisted airway secretion elimination as needed.

In addition, sitting in an automobile with a low seat for an extended time leads to difficulty breathing by hampering lung expansion. Since this can worsen hypoxia and CO2 retention and cause tachycardia and distress, it is recommended that Mr. Benson be permitted to work at home as much as possible.

Summary

Noninvasive IPPV and assisted airway secretion elimination should be used as needed to prevent oxyhemoglobin desaturation and, therefore, respiratory failure. If you have any questions, please feel free to contact me at: 1-973-972 4393.

John R. Bach, M.D.
Professor of Physical Medicine and Rehabilitation
Co-Director, Jerry Lewis Muscular Dystrophy Association Clinic of UMDNJ-NJMS





# EXHIBIT S

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

```
                                    )
MICHAEL T. BENSON,                  )
                                    )
          Plaintiff,                )
                                    )
     v.                             )    CIVIL NO. MJG-02-CV-3626
                                    )
TOMMY G. THOMPSON, SECRETARY,       )
U.S. DEPARTMENT OF HEALTH AND       )
     HUMAN SERVICES,                )
                                    )
          Defendant.                )
                                    )
                                    )
```

## DECLARATION OF
## CHARLES J. GANLEY, M.D.

1. My name is Charles J. Ganley and I am currently the Director of the Division of Over-the-Counter Drug Products ("DOTCDP"), Office of Drug Evaluation V, Center for Drug Evaluation and Research, Food and Drug Administration ("FDA"), Department of Health and Human Services. I have held this position since June 1999.

2. In December 1999, I reviewed Michael Benson's request to participate in the Flexible Workplace Arrangements Program ("FWAP") four days a week. This request was reviewed by me because I was his second-line supervisor. I initially approved FWAP two days a week based on his rating of record of "meets performance expectations" for 1998, issued earlier in 1999. I did not feel that his medical condition warranted allowing him to work from home more than two days a week, which was the maximum allowed for other members of the Division.

3.  Subsequent to my approval of Mr. Benson's restoration to FWAP, on January 31, 2000, I was the reviewing official for his 1999 performance evaluation plan that was prepared by his immediate supervisor, Dr. Linda Katz. I concurred with Dr. Katz's conclusion that Mr. Benson failed to meet performance measures in 1999. As a result of that evaluation, Mr. Benson's FWAP privileges were withdrawn and he was placed on a Performance Improvement Plan ("PIP").

4.  In my capacity as the deciding official in Mr. Benson's step 1 grievance, I affirmed his 1999 performance rating and the withdrawal of his FWAP privileges.

5.  At step 2 of the grievance process, however, Mr. Benson's 1999 performance rating was rescinded because it included performance measures for a team leader.

6.  Following rescission of the 1999 performance rating, I agreed to reinstate Mr. Benson to FWAP for one day a week. This arrangement continued until February 2003.

7.  After Mr. Benson's immediate supervisor left the Division in September 2002, I became his rating official.

8.  On February 6, 2003, I discussed with Mr. Benson his 2002 performance rating. Although I gave him an overall rating of "meets performance measures," I noted that he failed to meet three performance measures: manner of performance, technical competency, and initiative and innovation.

9.  As a GS-14 Regulatory Review Pharmacist, Mr. Benson should be able to work independently with little need for oversight, produce high quality reviews on new drug application-related projects, and develop and write monograph related documents. In the course of assessing his overall performance in 2002, I gathered information from his team leaders,

2

reviewed some of his written projects, and observed his participation in and preparation for meetings.

10. The team leaders who worked with Mr. Benson in 2002 continually expressed concerns about the quality of his written documents. His work projects have been characterized as not well thought out, in some instances incomplete, needing improvement in technical competency, creativity, and problem solving, and needing extensive revisions before being passed on to the next level of review. I reviewed some of his initial drafts of written projects and noted that he needed to pay more attention to detail (particularly for labeling reviews) and that his documents were not well organized. For someone at Mr. Benson's grade level, the written work products that I reviewed were not acceptable. Mr. Benson does seek a lot of advice from his team leaders. Unfortunately, this guidance has not resulted in better written work products. For these reasons, I concluded that he failed to meet performance measures with regard to his manner of performance, his technical competence, and his initiative and innovation.

11. Despite the problems noted above, Mr. Benson was not rated as failing to meet any of the individual elements, and he was given an overall rating of "meets performance measures." Nonetheless, I told Mr. Benson that I felt he could benefit from a voluntary performance improvement plan, but he did not want to participate in such a plan. I also informed Mr. Benson that until there was an improvement in the quality of his written work, he would no longer be permitted to work from home.

12. When I informed Mr. Benson on February 6, 2003 that I was withdrawing his FWAP privileges, he indicated that his medical problem would make it hard for him to get to work, especially during snowy weather. I told Mr. Benson that my decision was solely on his

3

performance, and that if he wanted to make a reasonable accommodation request, I would consider it as a separate issue. I also told him that he could use sick leave if he was physically unable to get to work. He responded that he wanted to save his sick leave for retirement. He also has not requested FWAP as a reasonable accommodation since our meeting of February 6, 2003.

13. Mr. Benson now works four ten-hour days at the office each week. I understand that he is a member of a car pool.

14. I gave no consideration to Mr. Benson's prior EEO activity when I concurred in his 1999 performance rating. Rather, that rating was based on the performance deficiencies noted therein, many of which I continued to observe in his most recent performance rating.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Rockville, Maryland, this _____ day of April, 2003.

CHARLES J. GANLEY, M.D.

4

# EXHIBIT T




Food and Drug Administration

PERFORMANCE MANAGEMENT PROGRAM (PMP)

# Performance Evaluation Plan (PEP)



**PART I: IDENTIFYING INFORMATION**

EMPLOYEE'S NAME: **Michael Benson**

SSN: **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**

POSITION TITLE: **Regulatory Review Pharmacist**

SERIES: **GS-0403**  GRADE: **14**

ORGANIZATION: **FDA/CDER/ORM/ODEV/DOTCDP - HFD-560**

**PART II: PERFORMANCE PLAN**

SET AND APPROVED

FOR THE PERIOD: 2/8/99  TO: 12/31/99

RATING OFFICIAL SIGNATURE: *[signature]*  DATE: 2/8/99

EMPLOYEE SIGNATURE: *Michael O. T. Benson*  DATE: 2-8-99

**MIDYEAR PROGRESS REVIEW**

DATE REVIEW CONDUCTED: 7/28/99  RATING OFFICIAL SIGNATURE: *[signature]*  EMPLOYEE SIGNATURE: *Michael T. Benson*

COMMENTS: *Refer to 'v' (designating areas) needing improvement. Discussion of training, incl. computer program discussed & offered.*

**MIDYEAR PROGRESS REVIEW**

**PART III: FINAL RATING**

FINAL RATING:

[ ] Meets Performance Measures    [X] Fails to Meet Performance Measures *(elements 1 + 6)*

RATING OFFICIAL SIGNATURE: *[signature]*  DATE: 1/31/00

EMPLOYEE SIGNATURE: *Michael T. Benson*  DATE: 2/1/00

REVIEWING OFFICIAL SIGNATURE: *(Required if Final Rating is "Fails to Meet Performance Measures.")*  DATE: 1/31/00

COMMENTS: *(Required if Final Rating is "Fails to Meet Performance Measures.")*
*Fails to meet performance measures for Elements #1 (individual work management) & Element #6. Work needs extensive preparation (including team leader) input, rewrites & extensive revisions, beyond what would be expected for a Grade 14 with more than 10 years of OTC experience.*

# Performance Evaluation Plan (PEP)
## Directions

**Column 1**  The element, a brief description of the element's objective, and the final rating for that element. There is space provided in which the supervisor can add additional elements for specific tasks or goals.

**Column 2**  Measures for the element. Measures are written for the "Meets Performance Measures" level.

In planning employee goals, the supervisor and employee shall discuss elements for the year and those measures appropriate for the objective of the element and for the employee. Those measures for which the employee is to be appraised are checked in the boxes to the left of the measures. The supervisor and employee discuss what is expected in each of these measures based on the individual employee's work area. There is a space below the measures beginning with the phrase "As evidenced by" in which the supervisor can add definers for the measures above. There is space provided in which the supervisor can add additional individualized measures for that rating year.

**Column 3**  Midyear Progress Review notes. A "✓" is placed in this column for a specific performance measure which the supervisor perceives as an area of weakness or area he/she feels the employee needs to concentrate on for the remainder of the rating period. These "✓"s denote target areas for the rest of the year.

**Column 4**  The performance measure rating.

If the employee "Exceeds Performance Measures" for a specific measure, a "3" will be placed in this column at the end of the rating period.

If the employee "Meets Performance Measures" for a specific measure, a "2" will be placed in this column at the end of the rating period.

If the employee "Fails to Meet Performance Measures" for a specific measure, a "1" will be placed in this column at the end of the rating period.

## Rating Levels

**Deriving Element Ratings**  A "✓" is placed in the appropriate box in Part III: Final Rating." The average of the performance measures within the element, with Exceeds = "3," Meets ="2," and Fails = "1." An average of ".5" or better is rounded up to the next number. Ratings are whole numbers.

**Deriving Final Ratings**

**Meets Performance Measures**  If all elements are rated "Meets Performance Measures" or "Exceeds Performance Measures," the final rating level is "Meets Performance Measures."

**Fails to Meet Performance Measures**  If one or more elements is rated "Fails to Meet Performance Measures," the final rating is "Fails to Meet Performance Measures."

| ELEMENTS | PERFORMANCE MEASURES | MID YEAR | FINAL MEASURES RATINGS |
|---|---|---|---|
| | Standards for "Meets Performance Measures"<br><br>1. Check all measures for which the employee will be rated.<br>2. Add additional measures after the bullets, if needed.<br>3. Define a measure further on the "As evidenced by" line, if needed. | | 3 - Exceeds<br><br>2 - Meets<br><br>1 - Fails to<br><br>Meet |

### 1 Individual Work Management

*Works to accomplish tasks or provide services effectively and efficiently in support of the Agency's mission.*
*Strives for excellence.*

**Final Element Rating**

Exceeds ☐

Meets ☐

Fails to meet ☒

⊠ **Leadership** *(Examples may include):*
- Plans work toward set goals/results. ✓
- Communicates clearly and effectively orally.
- Uses effective judgement and conduct in the performance of responsibilities.
- Devises effective solutions to problems and appropriate procedures for accomplishing objectives.

*Waits for others to devise effective solutions*
*Often meets management due dates with little*
*time for secondary review.*
- As evidenced by: See attached EPMS elements 1 and 2
- As evidenced by: _____

**1**

⊠ **Manner of performance** *(Examples may include):*
- Work products are clear and well-organized.
- Communicates clearly and effectively in writing.
- Completes work within established deadlines.
- Works independently with little need for supervision or help.
- Follows management procedures, directives, regulations, or technical orders.

*Does come well prepared to meetings but doesn't translate information into good reviews.*

*Work requires extensive rewrites/revisions*
*Needs extensive supervisor (+ team leader) help.*
- As evidenced by: See attached EPMS elements 1 and 2
- As evidenced by: _____

**1**

⊠ **Communication** *(Examples may include):*
- Seeks other opinions, as appropriate, to produce balanced work product.
- Keeps supervisor apprised of changes, progress, and barriers to progress.
- Undertakes difficult assignments with a professional attitude.
- Adjusts positively to changes in workload and priorities.

_____

- As evidenced by: See attached EPMS element 4
- As evidenced by: _____

**2**

### 2 Teamwork

*Works with others either in formal teams or ad hoc groups to accomplish tasks or provide services effectively and efficiently.*

**Final Element Rating**

Exceeds ☐

Meets ☒

Fails to Meet ☐

⊠ **Cooperation** *(Examples may include):*
- Works well with other Agency groups and organizations for the success of the group or organization.
- Works with others in developing and implementing solutions to problems.
- Assists others to meet objectives.
- Maintains effective working relationships with team members.
- Actively participates in team efforts.

**2**

⊠ **Leadership** *(Examples may include):*
- Leads or follows, as necessary, within the team.
- Takes initiative to arbitrate and resolve disagreements if they arise.

**2**

⊠ **Commitment to Team Effort** *(Examples may include):*
- Shares information willingly.
- Shares credit, recognition, and visibility with others.
- Supports and promotes team decisions and initiatives.

_____

- As evidenced by: _____
- As evidenced by: _____

**2**

| | | | |
|---|---|---|---|
| **3. Technical Competency**<br><br>*knowledge, skills, and abilities.*<br><br>**Final Element Rating**<br><br>Exceeds ☐<br><br>Meets ☒<br><br>Fails to meet ☐ | ☒ **Technical Competency** *(Examples may include):*<br>• Demonstrates technical competency/expertise in area of responsibility.<br>• Demonstrates quality and accountability in the majority of work activities.<br>• Keeps abreast of current developments within area of responsibility.<br>• Requires minimal supervision.<br>• Displays understanding of how job relates to others within area.<br>• Demonstrates technical competency in effectively using Agency information systems and computers (i.e. team leader)<br><br>*Requires extensive supervisory involvement. Desktop computer training skills remain sub optimal*<br><br>☒ **Leadership/Mentoring** *(Examples may include):*<br>• Fosters teamwork, commitment, and quality service to customers.<br>• Coaches employees in problem solving and decision making.<br>• Provides encouragement, guidance, and direction to teams and individual employees.<br>• Provides information and encouragement to other employees that empowers them to think and act on their own.<br>• Helps other employees to improve work performance through effective coaching.<br>• Leads by example.<br>• Adjusts leadership style to fit situation.<br>• Resolves controversial or delicate matters skillfully.<br>• Encourages and supports new ideas to improve work processes and services.<br>• Communicates effectively with employees.<br>• Provides honest, and constructive feedback to other employees.<br>• Negotiates conflicts effectively.<br><br>*Supports division/team initiatives*<br><br>As evidenced by: <u>See attached EPMS elements 1 and 2</u><br>As evidenced by: _____ | ✓<br><br><br><br><br>✓ | 1<br><br><br><br><br>2 |
| **4. Creativity/Problem Solving**<br><br>*Seeks creative approaches in completion of work. Influences others by ideas or example.*<br><br>**Final Element Rating**<br><br>Exceeds ☐<br><br>Meets ☒<br><br>Fails to Meet ☐ | ☒ **Initiative and innovation** *(Examples may include):*<br>• Shows initiative in starting, carrying out, and completing tasks.<br>• Seeks alternative solutions and creative approaches to problem solving.<br>• Takes into consideration new ideas and differing professional opinions.<br>• Treats change as an opportunity for growth and mistakes as learning opportunities.<br><br>☒ **Leadership** *(Examples may include):*<br>• Exhibits collegiality. Works well with other Agency groups and organizations for the success of the Agency's mission and goals.<br>• Supports division, center/office, and Agency goals.<br>• Demonstrates integrity and professionalism.<br>• Leads by example. Acts as a role model for providing quality service.<br><br>As evidenced by: <u>See attached EPMS elements 1, 2, and 4</u><br>As evidenced by: _____ | ✓<br><br><br><br><br>  | 2<br><br><br><br><br>2 |

| **5 Customer Service** *(Customers as defined by the employee's supervisor)* *Provides professional and responsive service within mutually agreed upon time frames.* **Final Element Rating** Exceeds ☐ Meets ☑ Fails to Meet ☐ | ☒ Customer Service *(Examples may include):* <br>• Delivers high quality products/services to internal/external customers. <br>• Stays focused on customer needs through effective communication. <br>• Projects positive attitude. <br>• Treats everyone with courtesy and respect. <br>• Honors commitments and agreed upon deadlines. <br><br>• As evidenced by:  See attached EPMS, all elements <br>• As evidenced by: _____ | | 2 |
| **6 Monograph Documents** *Ensures development of documents for FEDERAL REGISTER publication to meet Division goals.* **Final Element Rating** Exceeds ☐ Meets ☐ Fails to Meet ☒ | ☒ Document development: <br>• Issues and problems with documents are resolved in advance of final Division review. <br>• Few substantive revisions are required. <br>• Documents are in the appropriate format and writing style in advance of Division review. <br>• Documents are grammatically correct in advance of Division review. <br>• Documents are well organized, complete, and of good quality. <br>*Documents require extensive rewrites* <br>*Needs help with formatting + organization* <br>• As evidenced by:  See attached EPMS element *of documents* <br>• As evidenced by: _____ | ✓ | 1 |

Job Element No. 1
Critical Element

Job Element:

Coordination of Team Work Products

Directs and oversees the quality of the technical work products of the team. Assigns and reviews work daily, weekly, or monthly as necessary. Assigns work to team members based on priorities, selective consideration of the difficulty and other requirements of assignments, and the capabilities of the team members. Gives advice, counsel, or instruction to team members on work matters. Assures that production and accuracy requirements are met for work products. Identifies and proposes solutions to problems with work flow and meeting deadlines for the team. Coordinating with the Team Project Manager, plans work to be accomplished by team members, sets and adjusts short-term priorities, and prepares schedules for completion of work. Reassigns team priorities or team members as necessary during the performance period. Uses the Division work goals set by the Planning Team to coordinate and monitor the teams progress in meeting the work goals. Finds ways to improve production or increase the quality of the team's work. Recommends informal input into the performance ratings of team members to be used by the supervisor in rating employees under the Employee Performance Management System. Cooperates with the CDER management control review program in the conduct of FMFIA program areas within the team as required for FMFIA activities.

Excellent: Meets with team members individually and as a whole team on a regular basis to discuss work assignments, progress, problems, solutions, and strategies for resolving OTC drug issues involving the team's work assignments. Willingly takes on work tasks and produces high quality work products when deadlines are tight and team member resources are inadequate to meet team, Division, Office, and/or Center deadlines/goals. Provides timely and complete reports that are of exceptional quality on the progress of team work assignments in both written and oral formats to the Division Director and other team leaders. Meets all of the Fully Successful standards and shows exceptional innovation and imagination in executing projects, plans, assignments, etc. The teams performance is highly regarded by the Division Director as being very professional and immediately responsive to meeting the Division, Office, and Center goals.

Fully successful: Meets with team members individually and as a whole team on a regular basis to discuss work assignments, progress, problems, solutions, and strategies for resolving OTC drug issues involving the team's work assignments. Provides timely and complete reports on the progress of team work assignments in both written and oral format to the Division Director and other team leaders. Shows innovation and imagination in executing projects, plans, assignments, etc. The team's performance is regarded by the Division Director to be adequate in meeting the Division, Office, and Center goals.

**Job Element No. 2**
**Critical Element**

Job Element:

Monograph document development:

Ensures the development of tentative final and final monographs and other documents for
FEDERAL REGISTER publication to meet goals agreed to during meetings of the Division's
Planning Team at the beginning of the performance period and updated as necessary during the
performance period. Note: Completion of documents is dependent upon timely review of data and
draft documents by Office, CDER, and Office of General Counsel personnel.

Excellent: Eighty percent of the document development goals agreed to during the Planning Team
meetings are issued from the Division by September 30, 1996. Documents are of high quality as
evidenced by the ability to recognize and resolve issues and problems in advance of final Division
review. Few significant substantive revisions are required.

Fully Successful: Seventy percent of the document development goals agreed to during the
Planning Team meetings are issued from the Division by September 30, 1996. Documents are of
average quality as evidenced by the ability to recognize and resolve issues and problems in advance
of final Division review. Some substantive revisions are required.

Job Element No. 3
Critical Element

Job Element:

Regulatory and IND/NDA issues:

Ensures the preparation of background and issue memoranda for agenda items for OTC Drugs Advisory Committee, Division, Office, Center, and agency meetings; feedback letters related to Division recommendations on scientific data; memoranda and/or letter requesting consultation on scientific protocols and data; reviews of IND/NDA issues, scientific protocols, data and labeling reviews; and other documents related to the resolution of legal, scientific, and technical OTC drug issues.

Excellent:  Demonstrates a good understanding of the issues/work assignments involved and an excellent ability to communicate that understanding to team members.  Work products are of high quality with respect to completeness, clarity of organization and writing, and inclusion of all appropriate supporting documentation.  When applicable, work products present complete lists of options, including applicable pros and cons of possible approaches to resolution of an issue.  Work products do not require substantive revision. Demonstrates good judgement and ingenuity in recommended courses of action, and acts expediently to ensure timely completion of team assignments, including taking on work tasks and producing high quality work products when deadlines are tight and team member resources are inadequate to meet team, Division, Office, and/or Center deadlines/goals.

Fully Successful: Demonstrates an understanding of the issues/work assignments involved and communicates that understanding to team members.  Work products are of average quality with respect to completeness, clarity of organization and writing, and inclusion of most of the appropriate supporting documentation.  When applicable, work products present lists of options, including applicable pros and cons of possible approaches to resolution of an issue.  Work products require few substantive revisions.  Demonstrates good judgment in recommended courses of action, and acts in a timely manner to complete team assignments.

Job Element No. 4
Noncritical Element

<u>Job Element:</u>

<u>Responding to correspondence:</u>

Ensures a quality and timely response in no more than 30 days for regular correspondence (consumer and professional inquiries), 10 days for FOI and special correspondence (correspondence referred by the Commissioner or the Office Director), and 3 days for Congressional or correspondence referred by the Secretary, DHHS.  <u>Note</u>: Response times are the number of calendar days elapsed between receipt of correspondence in the Division and the date of signature of the final copy or draft response by Division signatory official.

<u>Excellent</u>: Responses are completed and signed by the signatory official within the appropriate time frame for more than 90 percent of the correspondence referred to the team.  Responses are judged to be complete, accurate, and of high quality (as related to the difficulty of the response).  All issues raised by the correspondence have been addressed, some with ingenuity, in the opinion of the Division Director.

<u>Fully Successful</u>: Responses are completed and signed within the time frame for 75-90 percent of all correspondence referred to the team.  Responses are judged to be complete, accurate, and of average quality (as related to the difficulty of the response).  All issues raised by the correspondence have been addressed in the opinion of the Division Director.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

**PERFORMANCE MANAGEMENT PROGRAM (PMP)**

## Performance Evaluation Plan (PEP)

**FDA**

| PART I: IDENTIFYING INFORMATION | | | |
|---|---|---|---|
| **EMPLOYEE'S NAME:** Michael Benson | **SSN:** 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 | | |
| **POSITION TITLE:** Regulatory Review Pharmacist | **SERIES:** GS-0403 | | **GRADE:** 14 |
| **ORGANIZATION:** FDA/CDER/ORM/ODEV/DOTCDP - HFD-560 | | | |

| PART II: PERFORMANCE PLAN | | |
|---|---|---|
| **SET AND APPROVED** | **FOR THE PERIOD:** 2/8/99 | **TO:** 12/31/99 |
| **RATING OFFICIAL SIGNATURE:** *[signature]* | | **DATE:** 2/8/99 |
| **EMPLOYEE SIGNATURE:** *Michael T. Benson* | | **DATE:** 2-8-99 |

**MIDYEAR PROGRESS REVIEW**

| DATE REVIEW CONDUCTED: 7/28/99 | RATING OFFICIAL SIGNATURE: *[signature]* | EMPLOYEE SIGNATURE: *Michael T. Benson* |
|---|---|---|

COMMENTS: *Refer to 'v' designating areas needing improvement. Discussion of training incl. computer programs discussed + offered.*

| PART III: FINAL RATING |
|---|

FINAL RATING:

[ ] Meets Performance Measures    [X] Fails to Meet Performance Measures *(elements 1 + 6)*

| RATING OFFICIAL SIGNATURE: *[signature]* | DATE: 1/31/00 |
|---|---|
| EMPLOYEE SIGNATURE: *Michael T. Benson* | DATE: 2/1/00 |
| REVIEWING OFFICIAL SIGNATURE: *(Required if Final Rating is "Fails to Meet Performance Measures.")* *[signature]* | DATE: 1/31/00 |

COMMENTS: *(Required if Final Rating is "Fails to Meet Performance Measures.")* Fails to meet performance measures for Elements #1 (individual Work management) + Element #6. Work need extensive supervision (including team leader) input, rewrite + extensive revisions, beyond what would be expected for a Grade 14 with more than 10 years of DTC experience.

FDA 3440 (8/96)

# Performance Evaluation Plan (PEP)
## Directions

**Column 1**    The element, a brief description of the element's objective, and the final rating for that element. There is space provided in which the supervisor can add additional elements for specific tasks or goals.

**Column 2**    Measures for the element. Measures are written for the "Meets Performance Measures" level.

    In planning employee goals, the supervisor and employee shall discuss elements for the year and those measures appropriate for the objective of the element and for the employee. Those measures for which the employee is to be appraised are checked in the boxes to the left of the measures. The supervisor and employee discuss what is expected in each of these measures based on the individual employee's work area. There is a space below the measures beginning with the phrase "As evidenced by" in which the supervisor can add definers for the measures above. There is space provided in which the supervisor can add additional individualized measures for that rating year.

**Column 3**    Midyear Progress Review notes. A "✓" is placed in this column for a specific performance measure which the supervisor perceives as an area of weakness or area he/she feels the employee needs to concentrate on for the remainder of the rating period. These "✓"s denote target areas for the rest of the year.

**Column 4**    The performance measure rating.

    If the employee "Exceeds Performance Measures" for a specific measure, a "3" will be placed in this column at the end of the rating period.

    If the employee "Meets Performance Measures" for a specific measure, a "2" will be placed in this column at the end of the rating period.

    If the employee "Fails to Meet Performance Measures" for a specific measure, a "1" will be placed in this column at the end of the rating period.

## Rating Levels

**Deriving Element Ratings**    A "✓" is placed in the appropriate box in Part III: Final Rating." The average of the performance measures within the element, with Exceeds = "3," Meets = "2," and Fails = "1." An average of ".5" or better is rounded up to the next number. Ratings are whole numbers.

**Deriving Final Ratings**

    Meets Performance Measures    If all **elements** are rated "Meets Performance Measures" or "Exceeds Performance Measures," the final rating level is "Meets Performance Measures."

    Fails to Meet Performance Measures    If one or more **elements** is rated "Fails to Meet Performance Measures," the final rating is "Fails to Meet Performance Measures."

Performance Evaluation Plan (PEP)

| ELEMENTS | PERFORMANCE MEASURES | MID YEAR | FINAL MEASURES RATINGS |
|---|---|---|---|
| | Standards for "Meets Performance Measures"<br><br>1. Check all measures for which the employee will be rated.<br>2. Add additional measures after the bullets, if needed.<br>3. Define a measure further on the "As evidenced by" line, if needed. | | 3 - Exceeds<br>2 - Meets<br>1 - Fails to<br>Meet |
| **1 Individual Work Management**<br><br>*Works to accomplish tasks or provide services effectively and efficiently in support of the Agency's mission. Strives for excellence.*<br><br>**Final Element Rating**<br><br>Exceeds ☐<br><br>Meets ☐<br><br>Fails to meet ☒ | ☒ Leadership *(Examples may include)*:<br> • Plans work toward set goals/results.<br> • Communicates clearly and effectively orally.<br> • Uses effective judgement and conduct in the performance of responsibilities.<br> • Devises effective solutions to problems and appropriate procedures for accomplishing objectives.<br> *Waits for others to devise effective solutions. Often meets management due dates with little time for secondary review.*<br> • As evidenced by: <u>See attached EPMS elements 1 and 2</u><br> As evidenced by: _____<br><br>☒ Manner of performance *(Examples may include)*:<br> • Work products are clear and well-organized.<br> • Communicates clearly and effectively in writing.<br> • Completes work within established deadlines.<br> • Works independently with little need for supervision or help.<br> • Follows management procedures, directives, regulations, or technical orders.<br> *Work requires extensive rewrites/revisions. Needs extensive supervisor (+team leader) help.*<br> • As evidenced by: <u>See attached EPMS elements 1 and 2</u><br> As evidenced by: _____<br><br>☒ Communication *(Examples may include)*:<br> • Seeks other opinions, as appropriate, to produce balanced work product.<br> • Keeps supervisor apprised of changes, progress, and barriers to progress.<br> • Undertakes difficult assignments with a professional attitude.<br> • Adjusts positively to changes in workload and priorities.<br> _____<br> As evidenced by: <u>See attached EPMS element 4</u><br> As evidenced by: _____ | ✓ | 1<br><br><br><br><br><br>1<br><br>*Does come well prepared to meetings but doesn't translate information into good reviews.* ✓<br><br><br><br>2 |
| **2 Teamwork**<br><br>*Works with others either in formal teams or ad hoc groups to accomplish tasks or provide services effectively and efficiently.*<br><br>**Final Element Rating**<br><br>Exceeds ☐<br><br>Meets ☒<br><br>Fails to Meet ☐ | ☒ Cooperation *(Examples may include)*:<br> • Works well with other Agency groups and organizations for the success of the group or organization.<br> • Works with others in developing and implementing solutions to problems.<br> • Assists others to meet objectives.<br> • Maintains effective working relationships with team members.<br> • Actively participates in team efforts.<br><br>☒ Leadership *(Examples may include)*:<br> • Leads or follows, as necessary, within the team.<br> • Takes initiative to arbitrate and resolve disagreements if they arise.<br><br>☒ Commitment to Team Effort *(Examples may include)*:<br> • Shares information willingly.<br> • Shares credit, recognition, and visibility with others.<br> • Supports and promotes team decisions and initiatives.<br> • As evidenced by: _____<br> As evidenced by: _____ | 2<br><br><br><br><br>2<br><br><br>2 |

FDA 3440 98/960

## 3 Technical Competency

*Knowledge, skills, and abilities.*

**Final Element Rating**

Exceeds ☐

Meets ☒

Fails to meet ☐

☒ **Technical Competency** (*Examples may include*):
- Demonstrates technical competency/expertise in area of responsibility.
- Demonstrates quality and accountability in the majority of work activities.
- Keeps abreast of current developments within area of responsibility.
- Requires minimal supervision.
- Displays understanding of how job relates to others within area.
- Demonstrates technical competency in effectively using Agency information systems and computers *(team leader)*

*Requires extensive supervisory involvement. Despite computer training, skills remain suboptimal*   ✓   1

                                                                                            2

☒ **Leadership/Mentoring** (*Examples may include*):
- Fosters teamwork, commitment, and quality service to customers.
- Coaches employees in problem solving and decision making.
- Provides encouragement, guidance, and direction to teams and individual employees.
- Provides information and encouragement to other employees that empowers them to think and act on their own.
- Helps other employees to improve work performance through effective coaching.
- Leads by example.
- Adjusts leadership style to fit situation.
- Resolves controversial or delicate matters skillfully.
- Encourages and supports new ideas to improve work processes and services.
- Communicates effectively with employees.
- Provides honest, and constructive feedback to other employees.
- Negotiates conflicts effectively.

*Supports division / team initiatives*

As evidenced by: <u>See attached EPMS elements 1 and 2</u>
As evidenced by: _____

## 4 Creativity/Problem Solving

*Seeks creative approaches in completion of work. Influences others by ideas or example.*

**Final Element Rating**

Exceeds ☐

Meets ☒

Fails to Meet ☐

☒ **Initiative and innovation** (*Examples may include*):
- Shows initiative in starting, carrying out, and completing tasks.
- Seeks alternative solutions and creative approaches to problem solving.
- Takes into consideration new ideas and differing professional opinions.
- Treats change as an opportunity for growth and mistakes as learning opportunities.

✓   2

☒ **Leadership** (*Examples may include*):
- Exhibits collegiality.  Works well with other Agency groups and organizations for the success of the Agency's mission and goals.
- Supports division, center/office, and Agency goals.
- Demonstrates integrity and professionalism.
- Leads by example.  Acts as a role model for providing quality service.

2

As evidenced by: <u>See attached EPMS elements 1, 2, and 4</u>
As evidenced by: _____

FDA 3440 98/960

Performance Evaluation Plan (PEP)

| | | | 2 |
|---|---|---|---|

**5 Customer Service**

*(Customers as defined by the employee's supervisor)*

*Provides professional and responsive service within mutually agreed upon time frames.*

**Final Element Rating**

Exceeds ☐

Meets ☑

Fails to Meet ☐

☒ Customer Service *(Examples may include)*:

- Delivers high quality products/services to internal/external customers.
- Stays focused on customer needs through effective communication.
- Projects positive attitude.
- Treats everyone with courtesy and respect.
- Honors commitments and agreed upon deadlines.

_____

- As evidenced by: <u>See attached EPMS, all elements</u>
- As evidenced by: _____

---

**6 Monograph Documents**

*Ensures development of documents for FEDERAL REGISTER publication to meet Division goals.*

**Final Element Rating**

Exceeds ☐

Meets ☐

Fails to Meet ☒

☒ Document development:

- Issues and problems with documents are resolved in advance of final Division review.
- Few substantive revisions are required.
- Documents are in the appropriate format and writing style in advance of Division review.
- Documents are grammatically correct in advance of Division review.
- Documents are well organized, complete, and of good quality.

*Documents require extensive rewrites Needs help with formatting + organization of documents*

- As evidenced by: <u>See attached EPMS element 2</u>
- As evidenced by: _____

| | ✓ | 1 |
|---|---|---|

FDA 3440 (8/96)

Job Element No. 1
Critical Element

Job Element:

Coordination of Team Work Products

Directs and oversees the quality of the technical work products of the team. Assigns and reviews work daily, weekly, or monthly as necessary. Assigns work to team members based on priorities, selective consideration of the difficulty and other requirements of assignments, and the capabilities of the team members. Gives advice, counsel, or instruction to team members on work matters. Assures that production and accuracy requirements are met for work products. Identifies and proposes solutions to problems with work flow and meeting deadlines for the team. Coordinating with the Team Project Manager, plans work to be accomplished by team members, sets and adjusts short-term priorities, and prepares schedules for completion of work. Reassigns team priorities or team members as necessary during the performance period. Uses the Division work goals set by the Planning Team to coordinate and monitor the teams progress in meeting the work goals. Finds ways to improve production or increase the quality of the team's work. Recommends informal input into the performance ratings of team members to be used by the supervisor in rating employees under the Employee Performance Management System. Cooperates with the CDER management control review program in the conduct of FMFIA program areas within the team as required for FMFIA activities.

Excellent: Meets with team members individually and as a whole team on a regular basis to discuss work assignments, progress, problems, solutions, and strategies for resolving OTC drug issues involving the team's work assignments. Willingly takes on work tasks and produces high quality work products when deadlines are tight and team member resources are inadequate to meet team, Division, Office, and/or Center deadlines/goals. Provides timely and complete reports that are of exceptional quality on the progress of team work assignments in both written and oral formats to the Division Director and other team leaders. Meets all of the Fully Successful standards and shows exceptional innovation and imagination in executing projects, plans, assignments, etc. The teams performance is highly regarded by the Division Director as being very professional and immediately responsive to meeting the Division, Office, and Center goals.

Fully successful: Meets with team members individually and as a whole team on a regular basis to discuss work assignments, progress, problems, solutions, and strategies for resolving OTC drug issues involving the team's work assignments. Provides timely and complete reports on the progress of team work assignments in both written and oral format to the Division Director and other team leaders. Shows innovation and imagination in executing projects, plans, assignments, etc. The team's performance is regarded by the Division Director to be adequate in meeting the Division, Office, and Center goals.

Job Element No. 2
Critical Element

Job Element:

Monograph document development:

Ensures the development of tentative final and final monographs and other documents for
FEDERAL REGISTER publication to meet goals agreed to during meetings of the Division's
Planning Team at the beginning of the performance period and updated as necessary during the
performance period. Note: Completion of documents is dependent upon timely review of data and
draft documents by Office, CDER, and Office of General Counsel personnel.

Excellent: Eighty percent of the document development goals agreed to during the Planning Team
meetings are issued from the Division by September 30, 1996. Documents are of high quality as
evidenced by the ability to recognize and resolve issues and problems in advance of final Division
review. Few significant substantive revisions are required.

Fully Successful: Seventy percent of the document development goals agreed to during the
Planning Team meetings are issued from the Division by September 30, 1996. Documents are of
average quality as evidenced by the ability to recognize and resolve issues and problems in advance
of final Division review. Some substantive revisions are required.

Job Element No. 3
Critical Element

Job Element:

Regulatory and IND/NDA issues:

Ensures the preparation of background and issue memoranda for agenda items for OTC Drugs Advisory Committee, Division, Office, Center, and agency meetings; feedback letters related to Division recommendations on scientific data; memoranda and/or letter requesting consultation on scientific protocols and data; reviews of IND/NDA issues, scientific protocols, data and labeling reviews; and other documents related to the resolution of legal, scientific, and technical OTC drug issues.

Excellent:  Demonstrates a good understanding of the issues/work assignments involved and an excellent ability to communicate that understanding to team members.  Work products are of high quality with respect to completeness, clarity of organization and writing, and inclusion of all appropriate supporting documentation.  When applicable, work products present complete lists of options, including applicable pros and cons of possible approaches to resolution of an issue.  Work products do not require substantive revision. Demonstrates good judgement and ingenuity in recommended courses of action, and acts expediently to ensure timely completion of team assignments, including taking on work tasks and producing high quality work products when deadlines are tight and team member resources are inadequate to meet team, Division, Office, and/or Center deadlines/goals.

Fully Successful: Demonstrates an understanding of the issues/work assignments involved and communicates that understanding to team members.  Work products are of average quality with respect to completeness, clarity of organization and writing, and inclusion of most of the appropriate supporting documentation.  When applicable, work products present lists of options, including applicable pros and cons of possible approaches to resolution of an issue.  Work products require few substantive revisions.  Demonstrates good judgment in recommended courses of action, and acts in a timely manner to complete team assignments.

Job Element No. 4
Noncritical Element

Job Element:

Responding to correspondence:

Ensures a quality and timely response in no more than 30 days for regular correspondence (consumer and professional inquiries), 10 days for FOI and special correspondence (correspondence referred by the Commissioner or the Office Director), and 3 days for Congressional or correspondence referred by the Secretary, DHHS. Note: Response times are the number of calendar days elapsed between receipt of correspondence in the Division and the date of signature of the final copy or draft response by Division signatory official.

Excellent: Responses are completed and signed by the signatory official within the appropriate time frame for more than 90 percent of the correspondence referred to the team. Responses are judged to be complete, accurate, and of high quality (as related to the difficulty of the response). All issues raised by the correspondence have been addressed, some with ingenuity, in the opinion of the Division Director.

Fully Successful: Responses are completed and signed within the time frame for 75-90 percent of all correspondence referred to the team. Responses are judged to be complete, accurate, and of average quality (as related to the difficulty of the response). All issues raised by the correspondence have been addressed in the opinion of the Division Director.